## Pearce *v.* Pearce.

APPEAL from the Chancery Court of Walker.

Heard before the Hon. JOHN C. CARMICHAEL.

COLEMAN & BANKHEAD and W. C. DAVIS, for appellant.

D. A. McGREGOR and M. B. McCULLOM, for appellee.

The bill in this case was filed by the appellee, May E. Pearce against the appellant, J. G. Pearce, to have a certain deed described in the bill set aside and annulled by reason of fraud alleged to have been practiced by the defendant in the procurement of the execution of said deed.

The defendant demurred to the bill. From a decree overruling said demurrer the present appeal is prosecuted.

The appeal is dismissed by agreement.

---

## Carl *v.* The State.

APPEAL from Criminal Court of Jefferson.

Tried before the Hon. DANIEL A. GREENE.

No counsel marked as appearing for appellant.

MASSEY WILSON, Attorney-General, for the State.

The appellant in this case, Fritz Carl, was indicted and tried for murder; was convicted of manslaughter in the second degree and sentenced to three months hard labor for the county.

The judgment of conviction is affirmed.

Opinion by TYSON, J.